## Commonwealth *v.* Shafer, Appellant.

Argued October 15, 1940.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

*Lewis M. Shafer,* in propria persona, appellant.

*Herbert A. Mook,* District Attorney, with him *F. Joseph Thomas,* for appellee.

PER CURIAM, November 13, 1940:
The Commonwealth's motion to quash this appeal

must be sustained. The order appealed from is interlocutory. It does not finally dispose of the case. The order simply vacated the prior order of February 5, 1940, *making absolute* the defendant's rule for a reargument, and leaves the rule pending and subject to disposition by the court after hearing argument.

Appeal quashed.